# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILLARD ADKINS; ROSALYN ANDERSON; ELI ERLICK; DONNA BAILEY; ROSALIE JACKSON; RECOA RUSSELL; FRANK ANDERSON; and TINA HALUSZKA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER PHARMACEUTICALS INC.; THE PROCTER & GAMBLE COMPANY; JOHNSON & JOHNSON CONSUMER INC.; KENVUE INC.; BAYER AG; BAYER CORPORATION; GSK PLC; GLAXOSMITHKLINE LLC; HALEON PLC; HALEON US CAPITAL LLC; THE KROGER CO.; TARGET CORPORATION; WALGREENS BOOTS ALLIANCE, INC.; and WALMART INC.,<br><br>Defendants. | Case No. 2:23-cv-20743<br><br><br><br>*** ORDER *** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Millard Adkins; Rosalyn Anderson; Eli Erlick; Donna Bailey; Rosalie Jackson; Recoa Russell; Frank Anderson; and Tina Haluszka ("Plaintiffs") give notice that they are voluntarily dismissing this action. Dismissal by notice is proper because the Defendants have not served an answer or motion for summary judgment in this action. This dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| Dated: October 4, 2023 | Respectfully submitted,<br><br>/s/ Michael M. Weinkowitz<br><br>Charles E. Schaffer<br>Michael M. Weinkowitz<br>Nicholas J. Elia<br>**LEVIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 592-1500<br>cschaffer@lfsblaw.com<br>mweinkowitz@lfsblaw.com<br>nelia@lfsblaw.com<br><br>D. Aaron Rihn<br>**ROBERT PEIRCE & ASSOCIATES**<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>Tel: (844) 383-0565<br>arihn@peircelaw.com |

**SO ORDERED:**

/s/ Kevin McNulty
**Hon. Kevin McNulty, U.S.D.J.**

**Dated:** October 5, 2023

**The Clerk shall close the file.**

1